UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES D. HARRISON, | No. C 13-3004 SI (pr) |
| Petitioner, | **JUDGMENT** |
| v. | |
| HOLLAND, warden, | |
| Respondent. | |

This action is dismissed without prejudice.

IT IS SO ORDERED AND ADJUDGED.

DATED: October 10, 2013

_____
SUSAN ILLSTON
United States District Judge

**United States District Court**
For the Northern District of California